IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PEACE WILLIAMS
O/B/O KDL,

    Plaintiff,

v.   CASE NO. 1:14-cv-84-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner or Social Security,

    Defendant.

_____/

**REPORT AND RECOMMENDATION**

Pending before the Court is "Plaintiff's Notice of Filing Voluntary Dismissal with Prejudice."  Doc. 15.  Fed. R. Civ. P. 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without a court order by filing a notice of voluntary dismissal before the opposing party serves either an answer or a motion for summary judgment, or by filing a stipulation of dismissal signed by all parties who have appeared.  Because Defendant already has served an answer in this case, Doc. 8, Plaintiff's "notice" is construed by the Court as a motion for voluntary dismissal, which must be granted by an Order of the Court, pursuant to Fed. R. Civ. P. 41(a)(2).

The Court concludes that Plaintiff's motion to voluntarily dismiss his case with prejudice should be granted.  Although Plaintiff should have contacted opposing counsel pursuant to Local Rule 7.1(B) the Court assumes that Defendant does not object to the motion because the dismissal is with prejudice.

Accordingly, it is respectfully **RECOMMENDED** that "Plaintiff's Notice of Filing

Voluntary Dismissal with Prejudice," Doc. 15, construed as a motion for voluntary dismissal, should be **GRANTED,** and the case dismissed **with prejudice**.

**IN CHAMBERS,** in Gainesville, Florida, on October 20th, 2014.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**
Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.